456    APPELLATE COURTS OF ILLINOIS.

VOL. 85.]    Hutchison v. Moore Bros. Furniture Co.

---

## Francis Hutchison, sued as Frank Hutchinson, v. Moore Bros. Furniture Co.

1.  PRACTICE—*Motion for New Trial if in Writing.*—If a party moving for a new trial does so in writing, he should file his points in writing, particularly specifying the grounds of such motion. (Rev. Stat., Ch. 110, Sec. 57.)  Where this is not done, the court is not advised as to any alleged mistakes or error claimed to exist.

Appeal from the Superior Court of Cook County; the Hon. SAMUEL C. STOUGH, Judge, presiding.    Heard in the Branch Appellate Court at the October term, 1899.    Affirmed.    Opinion filed November 7, 1899.

JAMES F. HUTCHISON, attorney for appellant.

MEYER S. EMRICH, attorney for appellee.

MR. PRESIDING JUSTICE HORTON delivered the opinion of the court.

In this case appellant filed a motion in writing to set aside the verdict and to grant a new trial.    The motion does not state, or assume to state, any point or reason why it should be allowed.

If a party moving for a new trial does so in writing, he should " file the points in writing, particularly specifying the grounds for such motion." (Rev. Stat. Ch. 110, Sec. 57.)    The motion filed in this case does not advise the court as to any alleged mistake or error claimed to exist, and is not sufficient.

It may not be improper to add that in this case we are unable from the abstract and the so-called briefs to ascertain the points as to which it is contended the trial court erred.    For that reason, also, the judgment of the trial court is affirmed.